HONORABLE **Thompson** CT/cvmhrg (10/23.98)

TOTAL TIME: ___ hours **15** minutes      DEPUTY CLERK _____      RPTR/~~ERO/TAPE~~ **CT**

DATE **10/31/03**      START TIME **3:00pm**   END TIME **3:15pm**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:02CV1119**

**Stingers**
vs.
**Town of Windham**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Richard Cody**
Plaintiffs Counsel

**Daniel Silver**
Defendants Counsel

**COURTROOM MINUTES - CIVIL** (check one box)

☒ **Status Conf by phone** ~~(mhrgh) Motion Hearing~~
☐ (confmhrg.) Confirmation Hearing
☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing
☐ (fairhrg.) Fairness Hearing
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

Motion / Oral Motion entries — all blank.

**Denning v. Windham was transferred to AWT (related case)**

**Parties will submit stipulated briefing schedule**

Hearing continued until _____ at _____