HONORABLE **Thompson** CT/cvmhrg (10/23/98)
DEPUTY CLERK _____
RPTR/ERO/TAPE **CT**

TOTAL TIME: ___ hours ___ minutes

DATE **12/15/03**   START TIME **3:00pm**   END TIME **3:10pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02CV1119**

**Stingers vs Windham**

**Daniel Silver**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Richard Cody**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing **by phone**
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

(re: motion to remand [#8] in 03-1667 case)

Motion _____ granted / denied / advisement (x multiple rows)

Atty Silver will file a motion to stay this case

Hearing continued until _____ at _____