**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
STINGERS, INC., a Connecticut  :
Corporation d/b/a IGGY'S,      :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:02CV01119(AWT)
                               :
THE TOWN OF WINDHAM,           :
CONNECTICUT, a Municipal       :
Corporation; and RAYMOND       :
MURPHY as Zoning Enforcement   :
Officer for the Town of        :
Windham,                       :
                               :
     Defendants.               :
                               :
------------------------------x
```

**ENDORSEMENT ORDER**

The defendants' Motion to Abstain or, in the Alternative, to Stay (Doc. No. 43) is hereby DENIED without prejudice. A telephonic status conference will be held on <u>Monday, April 25, 2005</u>, at <u>2:00 p.m.</u>.

It is so ordered.

Dated at Hartford, Connecticut this 30th day of March, 2005.

/s/AWT
_____
Alvin W. Thompson
United States District Judge