HONORABLE **Thompson**  Civil (April 12, 2004)
DEPUTY CLERK _____   RPTR/~~ERO/TAPE~~ **Huntington**

TOTAL TIME: ___ hours **5** minutes

DATE **4/29/05**   START TIME **3:30pm** . END TIME **3:35pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **02CV1119**

**Stingers**
vs.
**Town of Windham**

**Daniel Silver**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Richard Cody**
Defendants Counsel

### COURTROOM MINUTES - CIVIL (check one box)

☒ ~~Motion Hearing~~ **Status Conf by phone**   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

The parties will report to the court about the possibility of settlement

☐ filed ☐ docketed (repeated)

☒ Phone conference ~~set for~~ ~~Hearing continued until~~ **5/6/05** at **3:30pm**