**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
STINGERS, INC.,               :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:02CV01119(AWT)
                              :
TOWN OF WINDHAM, et al.,      :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge __Thomas P. Smith__ for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

__X__ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____(orefmisc./misc)

     It is so ordered.

     Dated this 7th day of July, 2005, at Hartford, Connecticut.

                                          /s/AWT

                                  Alvin W. Thompson
                         United States District Judge